**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEVIN BATES, | ) | |
| | ) | Civil Action No. 15 – 780 |
| Plaintiff, | ) | |
| | ) | District Judge Nora Barry Fischer |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| LIEUTENANT A.J. MORRIS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

AND NOW, this 23rd day of March, 2016, after Plaintiff Kevin Bates having filed an

action in the above-captioned case, and after Defendants filed a Motion to Dismiss for Failure to

State a Claim on December 23, 2015, and after a Report and Recommendation was filed by the

United States Magistrate Judge on February 26, 2016 giving the parties until March 14, 2016 to

file written objections thereto, and no Objections having been filed, and upon independent

review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 19) is granted in part

and denied in part. The Motion is granted as to the claim of deliberate indifference to prison

conditions/creation of unsafe conditions against Defendants Morris, Gagnon, and Watson (Count

3), the intentional infliction of emotional distress claim against Defendant Gagnon (Count 5), the

negligence claim against Defendant Watson (Count 7), and the retaliation claims against

Defendants Morris and Gagnon (Counts 8 and 9). The Motion is denied as to the assault and

battery claim against Defendant Morris (Count 2), the intentional infliction of emotional distress claim against Defendant Morris (Count 5), and the claim of deliberate indifference to serious medical needs against Defendant Watson (Counts 4 and 6).  The claim of excessive force against Defendant Morris (Count 1) also remains.

By the Court:


s/Nora Barry Fischer__
Nora Barry Fischer
United States District Judge


cc: Kevin Bates
     KB-3514
     SCI Benner Township
     301 Institution Drive
     Bellefonte, PA  16823

     Counsel for Defendants
     *Via CM/ECF Electronic Mail*