# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN BATES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 15-780 |
| ) | Judge Nora Barry Fischer |
| LIEUTENANT A.J. MORRIS, et al., ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 14th day of September, 2018, after a Report and Recommendation was filed by Magistrate Judge Lisa Pupo Lenihan on August 22, 2018, (Docket No. [110]), recommending that Defendants' Motion for Summary Judgment (Docket No. [98]) be granted, in part, and denied, in part, and the parties were provided 14 days to file written objections thereto, making objections due from Defendants, as ecf registered parties, by September 5, 2018, and from Plaintiff, as an unregistered ecf party, by September 10, 2018, and no objections having been lodged by this date, and upon independent review of the record, and upon consideration of Magistrate Judge Lenihan's Report and Recommendation, (Docket No. [110]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [98] is GRANTED, IN PART, and DENIED, IN PART.  Said Motion [98] is granted as to the deliberate indifference to serious medical needs claim (Counts 4 and 6) against Defendant John Watson, L.P.N. but is denied in all other respects.

*s/ Nora Barry Fischer*
Nora Barry Fischer, U.S. District Judge

cc/ecf:   Magistrate Judge Lisa Pupo Lenihan

          All counsel of record

          Kevin Bates
          SCI Greene
          175 Progress Dive
          Waynesburg, PA 15370